Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.C., by and through his parent K.C., <br><br> Plaintiffs, <br><br> v. <br><br> EVERETT PUBLIC SCHOOLS, <br><br> Defendant. | No. 2:24-cv-01838-BJR <br><br> ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM INITIAL CASE SCHEDULING DEADLINES AND TO SET A BRIEFING SCHEDULE |

This matter comes before the Court on the parties' Stipulated Motion for Relief from Initial Case Scheduling Deadlines and to Set a Briefing Schedule ("Stipulated Motion").

The parties' Stipulated Motion is **GRANTED**. The parties are relieved from the initial case scheduling deadlines set forth in the Court's Order dated November 25, 2024 (Dkt. #5).

The Court further **ORDERS** that the briefing schedule for resolution of Plaintiffs' appeal be as follows:

- Plaintiffs' Opening Motion: due 50 days after certification of the administrative record by the Washington State Office of the Superintendent of Public Instruction, not to exceed 30 pages;

- The District's Opposition and Cross-Motion: due 50 days after Plaintiffs' Opening Motion, not to exceed 30 pages;

- Plaintiffs' Opposition and Reply: due 30 days after the District's Opposition and Cross-Motion, not to exceed 12 pages; and

- The District's Reply: due 30 days after Plaintiffs' Opposition and Reply, not to

STIPULATED MOTION FOR RELIEF FROM INITIAL CASE
SCHEDULING DEADLINES AND TO SET A BRIEFING
SCHEDULE - 1
Cause No. 2:24-cv-01838-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

exceed 12 pages.

The issue of Plaintiffs' entitlement to attorneys' fees and costs, if any, is reserved until the merits of Plaintiffs' appeal have been resolved.

DATED this 7th day of January, 2025.

*Barbara Jacobs Rothstein*
U.S. District Court Judge

Presented by:

| PACIFICA LAW GROUP LLP | CEDAR LAW PLLC |
|---|---|
| By _s/ Sarah C. Johnson_<br>    Sarah C. Johnson, WSBA #34529<br>    Susan Winkleman, WSBA #49544<br>*Attorneys for Defendant Everett Public Schools* | By _s/ Ryan P. Ford_<br>    Ryan P. Ford, WSBA #50628<br>    Luke Hackenberg, WSBA #58748<br>*Attorneys for Plaintiffs* |

STIPULATED MOTION FOR RELIEF FROM INITIAL CASE SCHEDULING DEADLINES AND TO SET A BRIEFING SCHEDULE - 2
Cause No. 2:24-cv-01838-BJR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750