Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.C., by and through his parent K.C., <br><br> Plaintiffs, <br><br> v. <br><br> EVERETT PUBLIC SCHOOLS, <br><br> Defendant. | Case No.: 2:24-cv-01838-BJR <br><br> ORDER GRANTING STIPULATED MOTION TO FILE UNREDACTED ADMINISTRATIVE RECORD UNDER SEAL |

This matter comes before the Court on the parties' stipulated motion to file the administrative record under seal. The Court starts from the position that there is "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). To overcome this presumption, there must be a "compelling reason" for sealing that is "sufficient to outweigh the public's interest in disclosure." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Compelling reasons exist in this case: the administrative record contains a student's private educational and medical information, and Plaintiffs' interest in keeping that information confidential outweighs the public's interest in disclosure. *See id.* Given the volume of the record and the prevalence of sensitive information,

1 of 2 | ORDER GRANTING STIP. MOTION TO SEAL
ADMINISTRATIVE RECORD
2:24-cv-01838-BJR

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104-2205
206.607.8277 (tel)
206.237.9101 (fax)

redacting this confidential information would be overly burdensome and would render the remaining record difficult to understand – and thus far less valuable – to the public.

Accordingly, the Court GRANTS the parties' stipulated motion and DIRECTS the Clerk to maintain the administrative record under seal once it is filed.

Dated this 31st day of January, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:
CEDAR LAW PLLC

By:  s/ Ryan Ford
Ryan P. Ford, WSBA # 50628
Rachel Sugar, WSBA #60234
*Attorneys for Plaintiffs*


PACIFICA LAW GROUP LLP

By:  s/ Sarah Johnson
Susan Winkleman, WSBA #49544
Sarah C. Johnson, WSBA #34529
*Attorneys for Defendant*

2 of 2 | ORDER GRANTING STIP. MOTION TO SEAL ADMINISTRATIVE RECORD
2:24-cv-01838-BJR

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104-2205
206.607.8277 (tel)
206.237.9101 (fax)